AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

CASE NUMBER: 1-08 MJ 394

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Michael Bermudez

I certify that I am admitted to practice in this court.

3-14-08
*Date*

[signature]
*Signature*

Michael K. Lombard — 7087
*Print Name* — *Bar Number*

454 Broadway
*Address*

Providence — RI — 02909
*City* — *State* — *Zip Code*

401-751-3900 — 401-751-8983
*Phone Number* — *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.