**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | |
| | : | **1:08-CR-00034-S-LDA** |
| **MICHAEL BERMUDEZ** | : | |

ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)

CERTIFICATION

I hereby certify that a true copy of the within Entry of Appearance was electronically filed to the United States of America District Court, District of Rhode Island, Office of the Clerk, www.rid.uscourts.gov and to the Assistant US Attorney, Adi Goldstein, adi.golstein@usdoj.gov on this 29th day of May 2008.

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)