**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | |
| | : | **1:08-CR-00034-S-LDA** |
| **MICHAEL BERMUDEZ** | : | |

**MOTION TO ENLARGE TIME OR EXTEND THE DEADLINES OF THE PRE-TRIAL/ARRAIGNMENT ORDER OF THE COURT FOR PRE-TRIAL MOTIONS, RESPONSES THERETO, PRE-TRIAL CONFERENCE AND TRIAL DATE**

Now comes the Defendant, Michael Bermudez, pursuant to Rules 12(b)(1) and 47 of the Federal Rules of Criminal Procedures and requests that this Honorable Court extend the period of time for:

(a) the filing of Pre-Trial Motions;
(b) all responses thereto;
(c) a Pre-Trial Conference;
(d) the Trial date of this matter

The Defendant specifically requests an extension for a period of ninety (90) days. An Arraignment or Scheduling Order of the Court was issued on or about April 14, 2008, wherein:

(1) all Pre-Trial Motion are to be filed by May 27, 2008;
(2) all replies thereto are to be filed by June 6, 2008;
(3) a Pre-Trial Conference had been set for June 2, 2008;
(4) a Trial date had been established for June 9, 2008 or anytime thereafter.

The Defendant represents to the Court that there is "good cause" for the Defendant's request for an extension of time. In particular, the Defendant represents the following:

(1) the Defendant is currently incarcerated and is in New York State custody;
(2) Counsel has been unable to discuss any details of the instant matter with his client.

Wherefore, based on the above the Defendant, Michael Bermudez, requests that his Motion to Enlarge be granted.

Michael Bermudez,
By His Attorney,

/s/ Michael R. Lombardi
Michael R. Lombardi, Esq., (Bar #7287)
Attorney At Law
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)

CERTIFICATION

I hereby certify that a true copy of the within was electronically filed to the United States District Court, Office of the Clerk, One Exchange Terrace Providence, RI 02903, www.rid.uscourts.gov and to Adi Goldstein, Assistant US Attorney, 50 Kennedy Plaza Providence, RI 02903 adi.goldstein@usdoj.gov on this 29th day of May 2008.

/s/ Michael R. Lombardi
Michael R. Lombardi, Esq., (Bar #7287)
Attorney At Law
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (Fax.)