**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**August 19, 2008 Calendar Call**

**CRIMINAL CASES**

CR07-106-01S-LDA USA v. Jesus Gonzalez
Conspiracy with intent to Distribute Cocaine
CR07-134-01S-DLM USA v. Southern Union Company
Storing of Hazardous Waster without Permit
CR07-138-01-LDA USA v. Souvanh Keosouvanh
Conspiracy with intent to Distribute Cocaine
CR08-26-01S-DLM USA v. William Cruz
Felon in Possession of a Firearm
CR08-34-01S-LDA USA v. Michael Bermudez
Conspiracy to commit Credit Card Fraud
CR08-34-02S-LDA USA v. Roberto Valerio
Conspiracy to commit Credit Card Fraud
CR08-35-01S-DLM USA v. Elvis Fortes
Possession with Intent to Distribute Cocaine

**CIVIL CASES**

CA07-256S-DLM David M. Ciampi v. Etsuko Motookizuezek, et al
Civil Rights
CA08-137S-DLM Jarrod Raymond, PPA, et al v. Peggy Gloria, et al
Other Civil Rights

**NOTICE**

You are hereby notified that the above-captioned cases are on the trial calendar commencing on September 2, 2008 to be tried in the order listed. The calendar will be called on **August 19, 2008** at 9:00 a.m. Juries will be empaneled on September 2, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge
Date: August 5, 2008

**Please notify Clerk's Office if any counsel of record have not been notified.**